PRAVEEN KEVIN KHURANA
Debtor–Appellant, Pro Se
108 S. Jefferson St., Apt. 307
Spokane, WA 99201
Telephone: (208) 413-0165
Email: matman00us@yahoo.com

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF WASHINGTON**

**(Spokane Division)**

| | | |
|---|---|---|
| In re: | ) | |
| PRAVEEN KEVIN KHURANA, | ) | |
| | ) | Bankruptcy Case No. 25-01500-FPC11 |
| | ) | Adversary Proceeding No. 25-80034-FP |
| Debtor–Appellant, | ) | |
| v. | ) | |
| KEVIN D. O'ROURKE, | ) | |
| Chapter 11 Subchapter V Trustee, | ) | |
| and | ) | |
| UNITED STATES TRUSTEE, | ) | |
| Appellees. | ) | |
| | ) | |

**NOTICE OF CLARIFICATION REGARDING IDENTIFICATION OF ADVERSARY APPEALS, CORRECTION OF CAPTION, AND TRANSMISSION OF RECORD(CLARIFICATION NOTICE)**

Debtor–Appellant, Praveen Kevin Khurana, Pro Se, hereby files this Notice of Clarification regarding the identification and transmission of his appeals from the above-captioned adversary proceedings and to clarify the proper captioning of appellate filings.

1. Debtor timely filed Notices of Appeal and timely filed his:
   - Statements of Issues on Appeal,
   - Designations of Record on Appeal, and
   - Statements Regarding Transcripts,
     for each of the following adversary proceedings:
   - Adversary No. 25-80034-FPC
   - Adversary No. 25-80035-FPC
   - Adversary No. 25-80036-FPC
2. Certain district court appeal numbers were administratively opened and subsequently closed as duplicative of the primary appeals.
3. Debtor clarifies that each appeal is properly taken from its respective adversary proceeding number, and that the controlling identifiers for these appeals are:
   - Bankruptcy Case No. 25-01500-FPC11, and
   - Adversary Proceedings 25-80034, 25-80035, and 25-80036.
4. Debtor further clarifies that, pursuant to the Federal Rules of Bankruptcy Procedure, the proper forum and caption for Rule 8009 filings is the United States Bankruptcy Court, and not the United States District Court, and that any prior captions referencing "District & Bankruptcy Court" were inadvertent and not intended to alter the proper forum or identification of the appeals.
5. Debtor respectfully requests that the Clerk of the Bankruptcy Court:

   a. Identify each appeal by its respective adversary proceeding number;

b. Associate all Rule 8009 filings with the correct adversary docket;

c. Disregard closed duplicative district court case numbers;

d. Treat all filings as Bankruptcy Court appellate filings; and

e. Transmit the record and certification for each adversary appeal to the active district court appeals assigned by the Clerk.

6. Debtor clarifies that none of these appeals have been withdrawn, abandoned, or dismissed, and that all filings submitted on January 26, 2026 are intended to perfect the appeals from Adversary Proceedings 25-80034, 25-80035, and 25-80036.

Respectfully submitted,

Date: 27th JANUARY 2026

[signature]

Praveen Kevin Khurana

Debtor–Appellant, Pro Se